William Barr and another, *Appellant,* The New York, Lake Erie and Western Railroad Company and others, *Respondents.* — Judgment reversed, demurrer overruled, with leave to defendants to answer over on payment of costs of the demurrer and of appeal within twenty days. Opinion *Per Curiam.*

The National Shoe and Leather Bank, *Appellant, v.* The Mechanics' National Bank of Newark, New Jersey, *Respondent.*

The People's Bank of the City of New York, *Appellant, v.* The Same, *Respondent.*

Corn Exchange Bank, *Appellant, v.* The Same, *Respondent.*

West Side Bank, *Appellant, v.* The Same, *Respondent.* — Orders affirmed, with ten dollars costs and disbursements on appeal.

Catharine Martin, *as Administratrix, etc., Respondent, v.* The Dry Dock, East Broadway and Battery Railroad Company, *Appellant.* — Judgment affirmed. Opinion *Per Curiam.*

Egbert Seymour and James H. Noe, *Appellants, v.* Everard D. Benjamin and William H. Benjamin, *Respondents.*

Robert F. Austin and others, *Appellants, v.* The Same, *Respondents.* — Orders affirmed, with ten dollars costs and disbursements of one appeal.

Mahlon C. Martin, *Respondent, v.* Albert G. Thorp, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements.

Solomon Adler and Isaac S. Adler, *Respondents, v.* Mina Simon, *Appellant, Impleaded, etc.* — Order reversed and motion to open default granted, without costs to either party of appeal, or of motion below. Opinion *Per Curiam.*

Henry A. Burr, *Appellant, v.* Charles S. Spencer, *Respondent.* — Order reversed, with ten dollars costs and disbursements to abide event.

Arthur M. Dodge and another, *Appellants, v.* John McDermott and others, *Respondents.* — Order reversed, with ten dollars costs and disbursements to abide event.

John Peter Stremmel, *Appellant, v.* Henry Ries, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

John W. Warner, *Appellant, v.* Catharine Swanton and William Dibblee, *Respondents.* — Judgment reversed, new trial granted, costs to abide event. Opinion *Per Curiam.*

The Market National Bank of New York, *Appellant, v.* The Pacific National Bank of Boston, Massachusetts, *Respondent.* — Order reversed, motion granted, with ten dollars costs and disbursements. Opinion *Per Curiam.*

John Bottomley, *Respondent, v.* Michael Lane, *Appellant, Impleaded, etc.* — Order reversed and motion granted, with ten dollars costs and disbursements.